FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 31, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SINAN AKRAWI (22),<br><br>Defendant. | No. 4:21-CR-06042-MKD-22<br><br>ORDER GRANTING MOTION TO AMEND CONDITIONS OF RELEASE<br><br>**ECF No. 855** |
|---|---|

Before the Court is Defendant Sinan Akrawi's (22) Motion to Amend Conditions of Release, ECF No. 855. Defendant Akrawi moves the Court for an order permitting him to travel to Livonia, Michigan on August 29, 2023, and return to the Southern District of California on September 7, 2023,[1] to attend a family wedding. Special Condition No. 1 of the Special Conditions of Release requires

---

[1] Defendant Akrawi's motion, on page 1, explains that he wishes to return on September 6, 2023, and on page 3, on September 7, 2023. ECF No. 855 at 1-3. The Court finds that the discrepancy provides no barrier to granting the motion.

ORDER - 1

Defendant to "remain in the Southern District of California, except for Court proceedings and attorney visits in the Eastern District of Washington, unless given permission by the United States Probation/Pretrial Services Office." ECF No. 221 at 6. The United States has no objection to the proposed modification.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant Sinan Akrawi's (22) Motion to Amend Conditions of Release, **ECF No. 855**, is **GRANTED.**

2. Special Condition No. 1 of the Special Conditions of Release, ECF No. 221, is **MODIFIED** to permit Defendant Akrawi to travel to Livonia, Michigan on August 29, 2023, and to return to the Southern District of California on September 7, 2023.

3. All other conditions of release, ECF No. 221, shall **REMAIN IN EFFECT.**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel, the United States Probation Office, and the United States Marshals Service.

DATED July 28, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2